NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**QUANTICO TACTICAL, INC.,**
*Plaintiff*

**UNIFIRE, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, ATLANTIC DIVING SUPPLY, INC.,**
*Defendants-Appellees*

———————————

2021-1031

———————————

Appeal from the United States Court of Federal Claims in Nos. 1:20-cv-00120-EGB, 1:20-cv-00150-EGB, Senior Judge Eric G. Bruggink.

———————————

**JUDGMENT**

———————————

DAVID S. BLACK, Holland & Knight LLP, Tysons, VA, argued for plaintiff-appellant.  Also represented by GREGORY R. HALLMARK, AMY LYNN NOVAK FUENTES; ROBERT K. TOMPKINS, Washington, DC.

MARIANA TERESA ACEVEDO, Commercial Litigation

Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JOHN COGHLAN, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; KELLY LAUREN DIAZ-ALBERTINI, Office of Counsel, Defense Logistics Agency, Philadelphia, PA.

PAUL F. KHOURY, Wiley Rein LLP, Washington, DC, for defendant-appellee Atlantic Diving Supply, Inc. Also represented by JAMES RYAN FRAZEE, KENDRA P. NORWOOD, JOHN PRAIRIE.

-----

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 1, 2021        /s/ Peter R. Marksteiner
      Date              Peter R. Marksteiner
                        Clerk of Court